389 A.2d 1202

**DIGITAL PAGING SYSTEMS OF PITTSBURGH, INC.,**
**a corporation**

v.

**ALLEGHENY COUNTY MEDICAL SOCIETY, a**
**non-profit corporation, Appellant.**

Superior Court of Pennsylvania.

Argued April 18, 1978.

Decided July 12, 1978.

Gilbert J. Helwig, Pittsburgh, with him Arthur H. Stroyd, Jr., Pittsburgh, for appellant.

W. Walter Braham, Jr., Pittsburgh, with him David L. McClenahan, Pittsburgh, for appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

The lower court's dated July 26, 1977, is affirmed with one modification. The preliminary injunction ordering appellant Allegheny County Medical Society to "cease and desist from engaging as a radiotelephone common carrier" shall continue in force until the questions raised in appellee's complaint before the Public Utility Commission have been heard and disposed of by that tribunal.